No. 600. ARONSTAM *v.* NEW YORK CENTRAL RAILROAD CO. ET AL.; and

No. 601. EPPLER & CO. *v.* NEW YORK CENTRAL RAILROAD CO. ET AL. United States District Court for the Southern District of New York. Certiorari denied. *Charles S. Aronstam, Arthur A. Ballantine* and *John M. Harlan* for petitioner in No. 600. *George W. Jaques* for petitioner in No. 601. *Gerald E. Dwyer* and *Samuel H. Hellenbrand* for the New York Central Railroad Co. et

al.; and *Peter Keber* for the Peoria & Eastern Railway Co., respondents.